## MEYERS V. THE STATE.

(Decided April 18, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

---

## MILES V. THE STATE.

(Decided April 4, 1912.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed on the record.

---

## MITCHELL V. THE STATE.

(Decided April 11, 1912.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## PALMER V. THE STATE.

(Decided April 4, 1912.)

APPEAL from Marion Circuit Court.

Heard before Hon. C. P. ALMON.

E. B. and K. V. FITE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed. See 2 Ala. App. 672; 56 South. 53.